UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:05:CR:185

v.

                                        HON. GORDON J. QUIST

TIMOTHY HENLEY,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 3, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Timothy Henley's pleas of guilty to Counts 1 and 2 of the Indictment are accepted. Defendant Timothy Henley is adjudicated guilty.

3. Defendant Timothy Henley shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 27, 2005                                              /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE